**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LXA AVIATION LEASING 3 LTD.,

                  Petitioner,

  -against-                                        24 **CIVIL 4080 (AKH)**

                                                                     **JUDGMENT**

HONEYWELL AEROSPACE TRADING, INC.,

                 Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated September 25, 2024, Honeywell's failure to embody the APUs, despite LXA's obligation, presents a live controversy between the parties. Accordingly, the Court has jurisdiction to confirm this award, and does so. Judgment is entered in favor of LXA, confirming the arbitration Tribunal's Partial Final and Second Final Awards dated June 30, 2023, and August 7, 2023 granting (1) a claim for damages in the principal amount of $419,000; (2) directing Honeywell to arrange for the embodiment of all unembodied service bulletins with thirty days' notice to LXA; and (3) declining the payment of interest, attorney's fees, and arbitral fees to either side.

**Dated:**  New York, New York

       September 26, 2024

                                                                   **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                                      **BY:**                _____
                                                                **Deputy Clerk**